

# WESTCHESTER MEDICAL CENTER

February 16, 2007

Michael Evans, PA
P.O. Box 849
Lake Hopatcong, NJ 07849

Dear Mr. Evans:

Thank you for your interest in Westchester Medical Center. I am writing to inform you that Westchester Medical Center cannot process your application for privileges in the Department of Surgery, Section of Cardio-Thoracic Surgery on the Allied Health Professional staff. Your application cannot be processed because there is an existing exclusive agreement with The New York Cardiothoracic Group, within the Section of Cardio-Thoracic Surgery.

Enclosed you will find a check in the amount of $100.00 refunding your original application fee. We apologize for any inconvenience you may have experienced and wish you well in your future endeavors.

Sincerely,

Linda Glickman

Vice President,
Clinical & Academic Affairs


cc:   Michael Israel, Pres. & CEO
      Arlen Fleisher, MD