**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROCCO J. LAFARO, M.D., ET AL.,

       Plaintiff(s),                                Case No. 07 CIV 7984

  -against-                                     AFFIDAVIT OF SERVICE

NEW YORK CARDIOTHORACIC GROUP, PLLC, ET AL.,

       Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK   )
                             S.S.
COUNTY OF ROCKLAND   )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 20th day of September, 2007, at approximately the time of 4:40 PM, deponent served a true copy of the SUMMONS AND COMPLAINT upon STEVEN L. LANSMAN, M.D. at New York Cardiothoracic Group, PLLC, Westchester Medical Center, Macy Pavilion, Room 114W, Valhalla, New York 10595, by personally delivering and leaving the same with NANCY FITZGERALD, a person of suitable age and discretion, who informed deponent that she is authorized by STEVEN L. LANSMAN, M.D. to receive service at that address, the actual place of business.

      NANCY FITZGERALD is a white female, approximately 46 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 135 pounds with brown hair and brown eyes.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 25th day of September, 2007, deponent served another copy of the foregoing upon STEVEN L. LANSMAN, M.D. by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

STEVEN L. LANSMAN, M.D.
c/o New York Cardiothoracic Group, PLLC
Westchester Medical Center
Macy Pavilion, Room 114W
Valhalla, New York 10595

_[signature]_
DAVID KSIAZEK #0974523

Sworn to before me this
25th day of September, 2007

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 28

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com