**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROCCO J. LAFARO, M.D., ET AL.,

        Plaintiff(s),                      Case No. 07 CIV 7984

    -against-                            AFFIDAVIT OF SERVICE

NEW YORK CARDIOTHORACIC GROUP, PLLC, ET AL.,

        Defendant(s).
---------------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 21st day of September, 2007, at approximately the time of 12:35 PM, deponent served a true copy of the SUMMONS AND COMPLAINT upon WESTCHESTER COUNTY HEALTH CARE CORP. at WESTCHESTER MEDICAL CENTER, Elmwood Hall, Room 409, Risk Management, Valhalla, New York 10595, by personally delivering and leaving the same with JOANNE GAUGHAN, who informed deponent that she is authorized by WESTCHESTER COUNTY HEALTH CARE CORP. to receive service at that address.

        JOANNE GAUGHAN is a white female, approximately 38 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 190 pounds with brown hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
25th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com