UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROCCO J. LAFARO, M.D., ARLEN G.
FLEISHER, M.D., and CARDIAC SURGERY
GROUP, P.C.,

                    Plaintiffs,

    -against-

NEW YORK CARDIOTHORACIC GROUP, LLC,
STEVEN L. LANSMAN, M.D., DAVID
SPIELVOGEL, M.D., WESTCHESTER COUNTY
HEALTHCARE CORPORATION and
WESTCHESTER MEDICAL CENTER,

                    Defendants.
---------------------------------------------------------------X

STIPULATION

Case No. 07-CV-7984 (SCR)(LMS)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-entitled action that, the time for Defendants to answer, move against, or otherwise appear, is hereby extended to and including November 12, 2007.

Dated: October 9, 2007

_____
LEONARD M. ROSENBERG (LR-6910)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendants*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

_____
RICHARD G. MENAKER (RM-4716)
MENAKER & HERRMANN LLP
*Attorneys for Plaintiffs*
10 East 40th Street
New York, New York 10016
(212) 545-1900

IT IS SO ORDERED:

_____
Stephen C Robinson
U.S.D.J.

October 15, 2007
White Plains, NY

680151v.2