Leonard M. Rosenberg (LR-6910)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER, : **RULE 7.1 DISCLOSURE**
M.D., and CARDIAC SURGERY GROUP, P.C.,    : **STATEMENT**
:
        Plaintiffs,                        :
                                           : Docket No. 07 Civ. 7984 (SCR)
        -against-                          :
                                           :
NEW YORK CARDIOTHORACIC GROUP, PLLC,       :
STEVEN L. LANSMAN, M.D., DAVID             :
SPIELVOGEL, M.D., WESTCHESTER COUNTY       :
HEALTH CARE CORPORATION and                :
WESTCHESTER MEDICAL CENTER,                :
                                           :
        Defendants.                        :
                                           :
----------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant New York Cardiothoracic Group, PLLC, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a Professional Limited Liability Company formed under the laws of the State of New York. Defendant does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
       November 12, 2007

                                    GARFUNKEL, WILD & TRAVIS, P.C.
                                    *Attorneys for Defendants*

                                    By: _____
                                        Leonard M. Rosenberg (LR-6910)
                                    111 Great Neck Road
                                    Great Neck, New York 11021
                                    (516) 393-2200

713463v.1

Jordy Rabinowitz (JR-6558)
Barbara Kukowski (BK-    )
Office of Legal Affairs
Westchester County Health Care Corporation
Executive Offices at Taylor Care Center
Valhalla, New York  10595

713463v.1