Leonard M. Rosenberg (LR-6910)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER, M.D., and CARDIAC SURGERY GROUP, P.C.,

      Plaintiffs,

-against-

NEW YORK CARDIOTHORACIC GROUP, PLLC, STEVEN L. LANSMAN, M.D., DAVID SPIELVOGEL, M.D., WESTCHESTER COUNTY HEALTH CARE CORPORATION and WESTCHESTER MEDICAL CENTER,

      Defendants.

---------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

Docket No. 07 Civ. 7984 (SCR)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Westchester County Health Care Corporation, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a Public Benefit Corporation created by the New York State Public Authorities Law § 3300, *et seq*. Defendant does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
   November 12, 2007

        GARFUNKEL, WILD & TRAVIS, P.C.
        *Attorneys for Defendants*

        By: _____
          Leonard M. Rosenberg (LR-6910)
        111 Great Neck Road
        Great Neck, New York 11021
        (516) 393-2200

713463v.1

Jordy Rabinowitz (JR-6558)
Barbara Kukowski (BK-    )
Office of Legal Affairs
Westchester County Health Care Corporation
Executive Offices at Taylor Care Center
Valhalla, New York 10595

713463v.1