UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER,
M.D., and CARDIAC SURGERY GROUP, P.C.,

       **CERTIFICATE OF SERVICE**

    Plaintiffs,

 -against-           O7 Civ. 7984 (SCR)

NEW YORK CARDIOTHORACIC GROUP, PLLC,
STEVEN L. LANSMAN, M.D., DAVID
SPIELVOGEL, M.D., WESTCHESTER COUNTY
HEALTH CARE CORPORATION and
WESTCHESTER MEDICAL CENTER,

    Defendants.
------------------------------------x

  LEONARD M. ROSENBERG, an attorney admitted to practice in the State of New York and the United States District Court, Southern District of New York, certifies that, on November 12, 2007, Defendants served their Answer to the Complaint dated September 10, 2007, upon:

    Richard G. Menaker
    Menaker & Herrmann
    10 East 40th Street
    New York, New York 10016-0301

by depositing a true copy of same enclosed in a postage-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Great Neck, New York
   November 12, 2007

           GARFUNKEL, WILD & TRAVIS, P.C.
           *Attorneys for Defendants*

           Leonard M. Rosenberg
           111 Great Neck Road
           Great Neck, New York 11021
           (516) 393-2200