UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ROCCO J. LAFARO, M.D, ARLEN G. : **CERTIFICATE OF SERVICE**
FLEISHER, M.D. and CARDIAC SURGERY
GROUP, P.C., : 07 Civ. 7984 (SCR)

              Plaintiff, :

  -against- :

NEW YORK CARDIOTHORACIC GROUP, :
PLLC, STEVEN L. LANSMAN, M.D., DAVID
SPEILVOGEL, M.D., WESTCHESTER COUNTY :
HEALTH CARE CORPORATION ANMD
WESTCHESTER MEDICAL CENTER, :

            Defendants. :

                                         :
------------------------------------- x

    LEONARD M. ROSENBERG, an attorney admitted to practice before the United States District Court, Eastern District of New York, certifies that, on November 19, 2007, Defendants served their FIRST AMENDED ANSWER WITH JURY DEMAND upon:

Richard G. Menaker
Menkar & Herrmann
10 east 49th Street
New York, NY 10016-0301

by depositing the a true copy of same enclosed in a postage-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Great Neck, New York
       November 19, 2007

                                          GARFUNKEL, WILD & TRAVIS, P.C.
                                          *Attorneys for Defendants*

                                          By: _____
                                          Leonard M. Rosenberg (LR-6910)
                                          111 Great Neck Road
                                          Great Neck, NY 11021
                                          (516) 393-2200

757494v.1