UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER,
M.D., and CARDIAC SURGERY GROUP, P.C.,

                **CERTIFICATE OF SERVICE**

           Plaintiffs,

  -against-                                O7 Civ. 7984 (SCR)

NEW YORK CARDIOTHORACIC GROUP, PLLC,
STEVEN L. LANSMAN, M.D., DAVID
SPIELVOGEL, M.D., WESTCHESTER COUNTY
HEALTH CARE CORPORATION and
WESTCHESTER MEDICAL CENTER,

           Defendants.
------------------------------------------------x

    LEONARD M. ROSENBERG, an attorney admitted to practice in the State of New York and the United States District Court, Southern District of New York, certifies that, on November 19, 2007, Defendants served their FIRST AMENDED ANSWER WITH JURY DEMAND upon:

        Richard G. Menaker
        Menaker & Herrmann
        10 East 40th Street
        New York, New York  10016-0301

by depositing a true copy of same enclosed in a postage-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Great Neck, New York
       November 19, 2007

                      GARFUNKEL, WILD & TRAVIS, P.C.
                      *Attorneys for Defendants*

                                /s/
                      Leonard M. Rosenberg
                      111 Great Neck Road
                      Great Neck, New York  11021
                      (516) 393-2200