**WESTCHESTER**
**MEDICAL CENTER**

---

Jordy Rabinowitz
Senior Associate General Counsel

January 15, 2008

**By Facsimile: 914-390-4179**

Hon. Stephen C. Robinson
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re: Lafaro, et al. v. New York Cardiothoracic Group, PLLC., et al.
    07 Civ. 7984 (SCR)

Dear Judge Robinson:

I am counsel for defendants in the above matter. At a December 7, 2007, preliminary conference, the Court granted defendants' request to move for Judgment on the Pleadings, seeking dismissal of the complaint in its entirety. Defendants' motion is to be filed on January 25, 2008. As discussed at that conference, and as detailed in my November 30, 2007, letter to the Court, the motion will seek to dismiss the complaint based on (i) immunities under the State Action Doctrine; (ii) immunities under the Local Government Antitrust Act; and (iii) issues surrounding antitrust standing.

The purpose of this letter is to respectfully request an extension of the 25-page page limit for memorandum of law provided for by Your Honor's individual rules. The three defenses at issue on this motion are complex, and discussion of significant Supreme Court and Second Circuit precedent is required. **Defendants are asking that the page limit be extended to 40 pages.**

Please call me with any questions.

Respectfully submitted,

Jordy Rabinowitz (JR-6558)

cc: Leonard M. Rosenberg, Esq.
    Richard Menaker, Esq.

*Page limit for defendants'*
*motion to dismiss is*
*extended to 40 pages*

Stephen C Robinson
SO ORDERED
1/16/08

Westchester Medical Center • Office of Legal Affairs • Valhalla, New York 10595 • 914.493.2101 • Fax 914.493.2321