# GARFUNKEL, WILD & TRAVIS, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
TEL (516) 393-2200
FAX (516) 466-5964

| 411 HACKENSACK AVENUE | 350 BEDFORD STREET |
|---|---|
| HACKENSACK, NEW JERSEY 07601 | STAMFORD, CONNECTICUT 06901 |
| TEL (201) 883-1030 | TEL (203) 316-0483 |
| FAX (201) 883-1031 | FAX (203) 316-0493 |

www.gwtlaw.com

WRITER'S EMAIL: lrosenberg@gwtlaw.com
WRITER'S DIRECT DIAL: (516) 393-2260
WRITER'S EMAIL: jvogel@gwtlaw.com
WRITER'S DIRECT DIAL: (516) 393-2570

January 25, 2008

**MEMO ENDORSED**

**By Facsimile**

Hon. Stephen C. Robinson
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

   Re:   *Rocco J. Lafaro, et al. v. New York Cardiothoracic Group, PLLC, et al.*
         Index No. 07 Civ. 7984 (SCR)

Dear Judge Robinson:

   Along with Jordy Rabinowitz, Esq., Senior Associate General Counsel for Westchester County Health Care Corporation, we are the attorneys for Defendants in the above-referenced action.

   I write to inform Your Honor that, pursuant to a phone conference with Joanna from your Chambers on January 24, 2008, counsel for all parties have consented to the following extensions to the briefing schedule for this case:

- The time for Defendants to serve their Motion for Judgment on the Pleadings and Plaintiffs' time to serve a cross-motion shall be extended **from January 25, 2008 to February 1, 2008.**

- The time for all parties to serve opposition to the motions shall be extended **from February 25, 2008 to March 4, 2008.**

- The time for all parties to serve reply shall be extended **from March 25, 2008 to April 1, 2008.**

**APPLICATION GRANTED**

*Stephen C Robinson*
HON. STEPHEN C. ROBINSION  1/29/08

827620v.1

Hon. Stephen C. Robinson
January 25, 2008
Page 2

This letter is being sent to opposing counsel simultaneously by facsimile.

Respectfully submitted,

GARFUNKEL, WILD & TRAVIS, P.C.

Leonard M. Rosenberg (LR-6910)
Justin M. Vogel (JV-5839)

Jordy Rabinowitz
Senior Associate General Counsel
Westchester County Medical Center
Office of Legal Affairs
Executive Offices at Taylor Care Center - C2
Valhalla, NY 10595-9987
(914) 493-2101
(914) 493-2321 (fax)

JMV:jen

cc: Richard G. Menaker, Esq.


GARFUNKEL, WILD & TRAVIS, P.C.
827620v.1