Jordy Rabinowitz (JR-6558)
Westchester County Health Care Corporation
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

Leonard M. Rosenberg (LM-6910)
Justin M. Vogel (JV-5839)
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

                  Plaintiff,

    -against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

07 Civ. 7984 (SCR)

PLEASE TAKE NOTICE that, upon the declaration of Jordy Rabinowitz, dated February 1, 2008, and all exhibits attached thereto, and defendants' Memorandum of Law, dated February 1, 2008, defendants New York Cardiothoracic Group, PLLC, Steven Lansman, M.D., David Spielvogel, M.D., Westchester County Health Care Corporation, and Westchester Medical Center will move this Court, before the Hon. Stephen C. Robinson, United State District Court

Judge, at the United State Courthouse, 300 Quarropas Street, White Plains, New York 10601, on April 1, 2008, at 10:00 a.m, or as soon thereafter as counsel may be heard, for an order granting defendants the following relief:

1.    Dismissing    Plaintiffs' Federal Antitrust claims on the grounds that the Defendants are immune from antitrust liability pursuant to the state action doctrine;

2.    Dismissing Plaintiffs' Federal Antitrust claims on the grounds that Plaintiffs lack antitrust standing;

3.    Dismissing all claims for damages against Defendants under Plaintiffs' first cause of action on the grounds that pursuant to the Local Government Antitrust Act, 15 U.S.C. 34-36, Defendants are immune from liability for alleged antitrust damages;

4.    Dismissing the Plaintiffs' second and third claims for relief on the grounds that this court should not retain supplemental jurisdiction over Plaintiffs' state-based claims; and

5.    Granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the scheduling order agreed to before this Court on December 7, 2007, and as modified by letter to the Court dated January 25, 2008, opposition papers to this motion, if any, are to be served on or before March 4, 2008.

2

Dated: Valhalla, New York
      February 1, 2008

WESTCHESTER COUNTY HEALTH CARE CORP.
OFFICE OF LEGAL AFFAIRS

By: _____
      Jordy Rabinowitz (JR-6558)

Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

GARFUNKEL, WILD & TRAVIS, P.C.
Leonard M. Rosenberg (LM (-6910)
Justin Vogel (JV-5839)
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

To:    Richard G. Menaker, Esq.
       Counsel for Plaintiffs
       Menaker & Herrmann, P.C.
       10 East 40th Street
       New York, New York 10016
       (212) 545-1900