**EXHIBIT 6**



# NEW YORK MEDICAL COLLEGE

DEPARTMENT OF SURGERY
MUNGER PAVILION, VALHALLA, NEW YORK 10595   TEL 914-493-7614   TEL 914-594-3241   FAX 914-594-4359

April 30, 2004

To: John A. Savino, M.D.
    Clinical Director
    Department of Surgery
    West. Med. Ctr.

From: Rocco Lafaro, M.D.
    Section Chief, General Thoracic and
      Great Vessel Surgery
    Department of Surgery, WMC

Re: Leave of Absence Requests
    (Medical Staff Member and
      Chief of Section)

Please be advised that due to medical reasons, I am formally reporting a leave of absence as a member of the medical staff at the Westchester Medical Center and as a Section Chief in the section of General Thoracic and Great Vessel Surgery. I understand that this request, if recommended by you, approved by the Executive Committee of the Medical Staff and the Interim President and CEO is valid for one full year effective January 1, 2004.

Thank you for your serious consideration given this request.

RL:ic

Cc: Richard Moggio, M.D.
    Chairman, Exec.Comm.Med.Staff
    John Spicer, Interim President & CEO

WESTCHESTER MEDICAL CENTER     DEPARTMENT OF SURGERY         NEW YORK MEDICAL COLLEGE
ACADEMIC HEALTH CENTER
OF NEW YORK MEDICAL COLLEGE

JOHN A. SAVINO, M.D.
PROFESSOR AND CHAIRMAN OF SURGERY
NEW YORK MEDICAL COLLEGE
DIRECTOR OF SURGERY
WESTCHESTER MEDICAL CENTER

914-493-7648 OR 914-594-4352
914-594-4359 FAX
EMAIL: john_savino@nymc.edu

May 14, 2004

To:   Richard Moggio, M.D.
      Chairman, Executive Committee
         Of the Medical Staff
      West. Med. Ctr.

From: John A. Savino, M.D.
      Clinical Director, Dept. Surgery
      West. Med. Ctr.

Re:   Recommendation of Leave of Absence for
       Dr. Rocco Lafaro to:
      Executive Committee of the Medical Staff

Please be advised that I, on behalf of Rocco Lafaro, M.D., am recommending a leave of absence to be approved by the Executive Committee of the Medical Staff and final approval to be made by the Interim President and CEO (John R. Spicer). This leave of absence (see attached request) is for his status as a member of the medical staff and his administrative position as Chief in the Section of General Thoracic and Great Vessel Surgery.

Thank you for your consideration.

JAS:ic
1 attachment

cc: John R. Spicer, Interim President & CEO
    Rocco Lafaro, M.D.

 DEPARTMENT OF SURGERY  NEW YORK MEDICAL COLLEGE

JOHN A. SAVINO, M.D.
PROFESSOR AND CHAIRMAN OF SURGERY
NEW YORK MEDICAL COLLEGE
DIRECTOR OF SURGERY
WESTCHESTER MEDICAL CENTER

914-493-7648 OR 914-594-4352
914-594-4359 FAX
EMAIL: john_savino@nymc.edu

OCT 29 2004

October 25, 2004

To: Renee Garrick, M.D.
    Chairman, Executive Committee
     Of the Medical Staff
    West. Med. Ctr.

From: John A. Savino, M.D.
      Clinical Director
      Dept.Surg., WMC

Re: Rocco Lafaro, M.D.

\Dr. Rocco Lafaro will be returning from a medical leave of absence on November 15, 2004. It would be appreciated if he were reinstated as a member of the medical staff and his administrative position as Chief in the Section of General Thoracic and Great Vessel Surgery.

JAS:ic

Cc: Rocco Lafaro, M.D.