**EXHIBIT 7**



**United States Attorney
Southern District of New York**

---

FOR IMMEDIATE RELEASE  CONTACT:  U.S. ATTORNEY'S OFFICE
May 5, 2005                        HERBERT HADAD, MEGAN GAFFNEY
                                   PUBLIC INFORMATION OFFICE
                                   (212) 637-2600

                                   FBI
                                   JAMES M. MARGOLIN
                                   (212) 384-2715, 2720

                                   DOL
                                   CATHERINE GROMEK
                                   (202) 693-5238

## U.S. CHARGES THREE WESTCHESTER DOCTORS WITH PROVIDING VIAGRA AND OTHER PRESCRIPTION DRUGS TO GAMBINO FAMILY MEMBERS IN RETURN FOR PERSONAL AND FINANCIAL BENEFITS

DAVID N. KELLEY, the United States Attorney for the Southern District of New York, JOHN KLOCHAN, the Acting Assistant Director in Charge of the New York Office of the FBI, and GORDON S. HEDDELL, the Inspector General of the United States Department of Labor, announced today the unsealing of a criminal complaint in Manhattan federal court in the case of United States v. Arlen Fleisher, et al., 05 Mag. 757 (the "Complaint"). The Complaint charges ARLEN FLEISHER, STEPHEN KLASS and GEORGE SHAPIRO, all practicing physicians in Westchester County, with regularly and unlawfully providing large amounts of prescription drugs and drug samples to members and associates of the Gambino Organized Crime

Family of La Cosa Nostra ("LCN") in return for various personal and financial benefits.

The charges in the Complaint are the result of a three-year investigation into the criminal activities of the Gambino Organized Crime Family. The investigation included the use of a confidential source and the placement of an undercover FBI agent directly into Acting Capo Gregory DePalma's crew, as well as the use of a roving wiretap. The investigation revealed that DePalma, his crew, and the Gambino Organized Crime Family were involved in a wide range of traditional racketeering activities, including extortion, loansharking and the sale of stolen goods. On March 2, 2005, a grand jury sitting in the Southern District of New York returned a 53-count racketeering indictment in the case of United States v. Arnold Squitieri, et al., 05 Cr. 228 (AKH) (the "Indictment"), and on March 9, 2004, 31 of the 32 defendants charged in the Indictment were arrested. Among those charged were the Gambino Family Acting Boss Arnold Squitieri, Acting Underboss Anthony Megale, Gregory DePalma, and Robert Vaccaro, who is a Gambino Family Soldier and a member of DePalma's crew.

During the course of this same investigation, the Government also learned that FLEISHER, KLASS and SHAPIRO regularly and illegally provided DePalma and his associates with large amounts of prescription drugs and drug samples, knowing that DePalma

2

distributed these drugs and drug samples to others. According to the Complaint, FLEISHER, KLASS and SHAPIRO provided DePalma with, among other things: Viagra, Cialis, and Levitra, all of which can be obtained only with a prescription. In return for these and other drugs and drug samples, DePalma allegedly provided FLEISHER, KLASS and SHAPIRO with benefits that derived directly from DePalma's position as an Acting Capo in the Gambino Organized Crime Family. These benefits allegedly included discounted construction and auto repair work done by Gambino Family-controlled businesses and the use of DePalma's table at Rao's Restaurant, in Manhattan.

As set forth in the Complaint, FLEISHER, KLASS and SHAPIRO were intercepted on numerous occasions discussing the provision of prescription drugs to DePalma. At one point, KLASS allegedly referred to himself as the medical "consigliere" for the Gambino Family. At another point, SHAPIRO allegedly accepted discounted construction work from DePalma. In addition, FLEISHER allegedly received discounted automobile repairs from a garage associated with the Gambino Family.

The maximum penalty faced by each of the defendants is ten years' imprisonment.

Mr. KELLEY praised the efforts of the Federal Bureau of Investigation and United States Department of Labor.

3

Assistant United States Attorneys EDWARD C. O'CALLAGHAN and CHRISTOPHER P. CONNIFF are in charge of the prosecution.

The charges contained in the Complaint are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

05-94                                          ###

# BITTER PILL FOR 3 DOCS. In court, they face Mafia-Viagra charge

BY GREG B. SMITH DAILY NEWS STAFF WRITER

Friday, May 6th 2005, 6:37AM

THREE WESTCHESTER DOCTORS - including one who allegedly joked of being the Gambino crime family's medical consigliere - were hauled into court in handcuffs yesterday, charged with supplying the mob with Viagra.

Drs. Arlen Fleisher, Stephen Klass and George Shapiro gave reputed Gambino capo Greg DePalma and his associates huge quantities of Viagra and other prescription drugs, according to Manhattan U.S. Attorney David Kelley.

In exchange, the mobsters offered money and favors ranging from coveted tables at Rao's to discounts on construction, according to a criminal complaint unsealed yesterday.

At an Oct. 1, 2004, meeting between Klass and DePalma, which was recorded by authorities, "Klass asked DePalma if Klass was the Gambino family's consigliere with regard to medical treatment," the complaint alleged.

Shapiro, who is affiliated with Columbia Presbyterian; Fleisher, a cardiothoracic surgeon at Westchester Medical Center, and Klass all denied wrongdoing.

The complaint alleges the doctors, all arrested at their suburban homes early yesterday, knew DePalma was illegally selling some drugs and giving away others.

During an alleged conversation with Shapiro, the FBI listened as DePalma promised Shapiro a table at Rao's, the tiny East Harlem restaurant frequented by celebrities and gangsters.

"You got to tell me if you need some tables," DePalma said. "I gave up from May away already. I still got the rest."

"I'll talk to you later when I give you those medications," Shapiro replied.

Another tape allegedly caught an unnamed gangster telling DePalma he would be leaving "an envelope with the money for Arlen Fleisher" with "Al the Tailor," the complaint alleged.

During a March 25, 2004, talk, after Shapiro promised more Viagra for DePalma, the aging gangster told Shapiro he was arranging to have a mob-controlled contractor named Bobby perform construction for Shapiro's brother at a discount rate.

"For you and only you I made Bobby," DePalma said. "He's doing that job for your brother, the house. You understand?" he said, noting that competitors were charging $15,000 to $17,000. "He'll do it for 10 [thousand]."

Each of the three doctors was released on a $50,000 bond.

gsmith@nydailynews.com



## CBS NEWS

BACK | PRINT

# Docs Accused Of Giving Mob Viagra
**NEW YORK, May 6, 2005**

**(AP)** Three physicians are accused of supplying Viagra and other prescription drugs so frequently to members of the Gambino crime family that one doctor joked he was part of the family.

Physicians Arlen Fleisher, Stephen Klass and George Shapiro, all of Westchester County, were charged Thursday with illegally peddling pills in exchange for favors ranging from construction work to auto repairs.

The men were led into U.S. District Court in Manhattan in handcuffs before being freed on $50,000 bail each. If convicted, each could face up to 10 years in prison.

All declined to comment.

Barry S. Zone, a lawyer for Fleisher, said the government was trying to turn legitimate medical work, such as providing drug samples to patients, into a crime.

"These are hard working, honest doctors," he said. "Apparently, I guess the rule is that if you're alleged to be a wiseguy, don't get sick."

Richard Herman, a lawyer for Shapiro, said his client had been treating one of the reputed mobsters for many years for a heart condition but had done nothing wrong.

A criminal complaint by FBI Agent William P. Ready recounted snippets of secretly taped conversations between the doctors and a reputed Gambino member. In one, Klass allegedly referred to himself as the medical "consigliere," or chief adviser, for the family.

In a news release, the U.S. attorney's office said the charges resulted from a three-year investigation in which an FBI agent worked undercover in one of the family's crews.

The wider probe exposed alleged racketeering activities including extortion, loansharking and the sale of stolen goods. Those crimes were outlined in a March 2 indictment that led to the arrest 32 defendants, including the family's alleged acting boss and underboss.

©MMV, The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

Feedback   Terms of Service   Privacy Statement



Homepage    News    Sports    Business    Entertainment    Shopping    Jobs    Cars    Homes    Place an ad

# Three Westchester doctors accused of providing Viagra, drugs to mob

By LARRY NEUMEISTER
Associated Press Writer

May 5, 2005, 3:33 PM EDT

NEW YORK -- Three Westchester doctors were accused Thursday of supplying Viagra and other prescription drugs so frequently to the Gambino crime family that one doctor joked he was part of the family, prosecutors said.

The physicians, Arlen Fleisher, Stephen Klass and George Shapiro, were led into U.S. District Court in Manhattan in handcuffs before they were each freed on $50,000 bail. All three declined to comment.

Prosecutors said the doctors received personal and financial benefits in return for drugs. A criminal complaint by FBI Agent William P. Ready recounted snippets of secretly taped conversations between the doctors and a reputed mobster.

In a release, the U.S. attorney's office said the charges resulted from a three-year investigation in which an FBI agent worked undercover in one of the family's crews.

The wider probe exposed alleged racketeering activities including extortion, loansharking and the sale of stolen goods. Those crimes were outlined in a March 2 indictment used to arrest 32 defendants including the family's acting boss and underboss.

In a criminal complaint, the government alleged that the Westchester doctors regularly and illegally provided large amounts of drugs, including Viagra, Cialis and Levitra, all of which require a prescription.

In return, the doctors received discounted construction and auto repair work done by Gambino-controlled businesses and the use of a Gambino family table at a Manhattan restaurant, prosecutors said.

Prosecutors said evidence included taped conversations between September 2003 and March, in which the doctors were heard discussing the prescription drugs.

In one, Klass allegedly referred to himself as the medical "consigliere" for the Gambino family.

In his complaint, Ready wrote that by the end of the investigation, one of the reputed mobsters "was running a virtual pharmacy for his associates" because he could get so much drugs from the defendants.

Barry S. Zone, a lawyer for Fleisher, said the government was trying to turn legitimate medical work, such as providing drug samples to patients, into a crime.

"These are hard working, honest doctors," he said. "Apparently, I guess the rule is that if you're alleged to be a wiseguy, don't get sick."

Robert Wolf, another lawyer for Fleisher, said: "I guess the medical profession is on notice now. Don't treat Italians."

Richard Herman, a lawyer for Shapiro, said his client had been treating one of the reputed mobsters for many years for a heart condition but had done nothing wrong.

He called Shapiro, who works as a cardiologist at New York-Presbyterian Hospital/Columbia University Medical Center "one of the most respected cardiologists in Westchester County."

Herman said the charges were based "on the rantings and puffings on tape of unsavory individuals."

Shapiro, 44, was arrested at his Ardsley home.

John Mitchell, a lawyer for Klass, declined to comment.

If convicted, the doctors could face up to 10 years in prison.

Copyright 2005 Newsday Inc.



International Edition |

Member Center: **Sign In** | Register

  MAKE CNN.com

SEARCH  ◉ The Web  ○ CNN.com

- Home Page
- World
- U.S.
- Weather
- Business
- Sports
- Politics
- Law
- Technology
- Science & Space
- Health
- Entertainment
- Travel
- Education
- Special Reports
- Autos

SERVICES
- Video
- E-mail Newsletters
- Your E-mail Alerts
- RSS
- CNNtoGO
- TV Commercials
- Contact Us

SEARCH

Web ◉ CNN.com ○



# LAW CENTER

## Doctors arrested for drug favors

From Chris Huntington
CNN
Saturday, May 7, 2005 Posted: 1:24 AM EDT (0524 GMT)

**NEW YORK (CNN) -- Three doctors from the Westchester suburbs of New York City allegedly provided mob figures with erectile dysfunction drugs in exchange for various favors, the FBI said Thursday.**

The FBI arrested the doctors -- Arlen Fleisher, Stephen Klass and George Shapiro -- for allegedly illegally providing large quantities of Viagra, Cialis and Levitra as well as other prescription drugs and drug samples to members of the Gambino crime family.

If convicted of illegally supplying the prescription drugs, Fleisher, Klass and Shapiro each could be sentenced to a maximum of 10 years in prison.

According to a criminal complaint filed Thursday by David Kelley, the U.S. Attorney for the Southern District of New York, FBI wiretaps revealed that Fleisher, Klass and Shapiro supplied the drugs for more than two years to Gambino family capo Gregory DePalma and his "crew" in return for various favors.



Three doctors have been arrested over supplying drugs to the Mafia.

○ Federal Bureau of Investigation (FBI)

○ New York

○ Pharmaceuticals

○ Crime, Law and Justice

[ Activate ] or **CREATE YOUR OWN**

Manage alerts | What is this?

Law
Area of Pra
City:
State

Those favors included receiving discounted prices for construction and auto repair work, done by Gambino family-controlled businesses; and use of DePalma's table at Rao's Italian restaurant in the Harlem section of New York City, according to the complaint.

The FBI said its investigation included a wiretap and a confidential source.

The bureau said the case against Fleisher, Klass and Shapiro grew out of the FBI and U.S. attorney's crackdown on the Gambino family operations that resulted in a 53-count criminal indictment against 32 members of the family, including acting boss Arnold Squitieri and capo DePalma.

On March 9, 31 of the 32 named in the indictment were arrested, including DePalma.

CNN.com - Doctors arrested for drug favors - May 5, 2005
Case 7:07-cv-07984-SCR  Document 20-8  Filed 02/01/2008  Page 11 of 11
Page 2 of 2

**Story Tools**

SAVE THIS   E-MAIL THIS
PRINT THIS   MOST POPULAR

advertisement

Subscribe to Time for $1.99



## LAW CENTER                                  LAW NEWS

**CNN/Money:** Ex-Tyco CEO found guilty

- Killen ordered attack on civil rights worker, jury hears
- Father convicted of murdering 9 of his children
- Gov. Bush: Prosecutor taking up Schiavo inquiry

## TOP STORIES                                 cnn.com HOME PAGE

**CNN/Money:** Security alert issued for 40 million credit cards

- Bin Laden deputy sends message
- U.S. House votes to keep U.N. dues
- Iran poll to go to run-off

**International Edition**   Languages   **CNN TV**   **CNN International**   **Headline News**   **Transcripts**   **Advertise Wi**

SEARCH   The Web ⦿   CNN.com ◯

© **2005 Cable News Network LP, LLLP.**
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

All external sites will open CNN.com does not endorse
※ Denotes premium content.
Add RSS headlines.