UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROCCO J. LAFARO, M.D, ARLEN G.       :
FLEISHER, M.D. and CARDIAC SURGERY
GROUP, P.C.,                         :

                  Plaintiff,     :

   -against-                    :

NEW YORK CARDIOTHORACIC GROUP,   :
PLLC, STEVEN L. LANSMAN, M.D., DAVID
SPEILVOGEL, M.D., WESTCHESTER COUNTY :
HEALTH CARE CORPORATION AND
WESTCHESTER MEDICAL CENTER,      :

               Defendants.   :

                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE
BY ELECTRONIC FILING**

07 Civ. 7984 (SCR)

     JUSTIN M. VOGEL, an attorney admitted to practice before the United States District Court, Eastern District of New York, certifies that, on February 1, 2008, Defendants served their NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS, DECLARATION OF JORDY RABINOWITZ, ESQ. WITH EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT utilizing this Court's electronic filing system on:

     Menaker & Herrmann
     10 East 40th Street
     New York, NY  10016-0301

Defendants' also hand delivered courtesy copies of the above-referenced documents at the above address to an individual authorized to accept such service on February 4, 2008.

Dated: Great Neck, New York
       February 4, 2008

                          GARFUNKEL, WILD & TRAVIS, P.C.
                          *Attorneys for Defendants*

                     By _____
                       JUSTIN M. VOGEL (JV-5839)
                     111 Great Neck Road
                     Great Neck, NY 11021
                     (516) 393-2200

832178v.1