UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROCCO J. LAFARO, M.D., ARLEN G.
FLEISHER, M.D., and CARDIAC SURGERY
GROUP, P.C.,

                     Plaintiffs,

-against-

NEW YORK CARDIOTHORACIC GROUP,
PLLC, STEVEN L. LANSMAN, M.D., DAVID
SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION and
WESTCHESTER MEDICAL CENTER

                     Defendants.

------------------------------------------------------------X

**CERTIFICATE OF SERVICE BY ELECTRONIC FILING**

07 Civ. 7984 (SCR)

      ADAM B. STONE, certifies that, on February 1, 2008, Plaintiffs served their NOTICE OF MOTION AND AFFIDAVIT, AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES utilizing this Court's electronic filing system on:

    Leonard Rosenberg, Esq.
    Justin M. Vogel, Esq.
    Garfunkel, Wild & Travis, P.C.
    111 Great Neck Road, Suite 503
    Great Neck, New York 11021

    Jordy Rabinowitz, Esq.
    Senior Associate General Counsel
    Westchester Medical Center
    Office of Legal Affairs
    95 Grasslands Road
    Valhalla, NY 10595

Plaintiffs also mailed the above-referenced documents to the above addresses by depositing true copies of same enclosed in postpaid properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
   February 4, 2008

              MENAKER & HERRMANN LLP
              Attorneys for Plaintiffs

             By_____
              ADAM B. STONE
              (Legal Assistant)
              10 E. 40th Street
              New York, NY 10016