UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| ROCCO J. LAFARO, M.D, ARLEN G. FLEISHER, M.D. and CARDIAC SURGERY GROUP, P.C., | **CERTIFICATE OF SERVICE BY ELECTRONIC FILING** |
| Plaintiff, | 07 Civ. 7984 (SCR) |
| -against- | |
| NEW YORK CARDIOTHORACIC GROUP, PLLC, STEVEN L. LANSMAN, M.D., DAVID SPEILVOGEL, M.D., WESTCHESTER COUNTY HEALTH CARE CORPORATION AND WESTCHESTER MEDICAL CENTER, | |
| Defendants. | |

------------------------------------------------x

    JUSTIN M. VOGEL, an attorney admitted to practice before the United States District Court, Eastern District of New York, certifies that, on February 11, 2008, Defendants served their SUPPLEMENTAL DECLARATION OF JORDY RABINOWITZ IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS utilizing this Court's electronic filing system on:

    Richard G. Menaker, Esq.
    Menaker & Herrmann
    10 East 40th Street
    New York, NY  10016-0301

And by depositing a true copy of same enclosed in a postage paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the above address.

Dated: Great Neck, New York
       February 11, 2008

                                      GARFUNKEL, WILD & TRAVIS, P.C.
                                      *Attorneys for Defendants*

                                      By _____
                                          JUSTIN M. VOGEL (JV-5839)
                                          111 Great Neck Road
                                          Great Neck, NY 11021
                                          (516) 393-2200

836985v.1