## MENAKER & HERRMANN

A LIMITED LIABILITY PARTNERSHIP
IO EAST 40ᵀᴴ STREET
NEW YORK, NEW YORK I0016-0301

TELEPHONE
(212) 545-1900

FACSIMILE
(212) 545-1656

WEBSITE
www.mhjur.com

RICHARD G. MENAKER
EXTENSION: 223
rmenaker@mhjur.com

February 21, 2008

**By Telefax**

Hon. Stephen C. Robinson, U.S.D.J.
United States District Court
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

# MEMO ENDORSEᴸ

Re:    Lafaro v. New York Cardiothoracic Group, PLLC
Case No. 07 Civ. 7984 (SCR)

Dear Judge Robinson:

On January 16, 2008, Your Honor granted defendants' request for leave to file a brief in excess of the 25-page limit provided for by your individual rules and to extend the page limit to 40 pages. That brief is now filed and we are to respond by March 4, 2008. We respectfully request the Court to grant us corresponding leave to file a brief subject to the same page limit.

Thank you for considering this request.

*Page limit for
Plaintiff's opposition
is extended to 40 pages.*

**APPLICATION GRANTED**
*Stephen C Robinson*

Respectfully yours,

*Richard G. Menaker*
Richard G. Menaker

HON. STEPHEN C. ROBINSION 2/26/08

cc:    Jordy Rabinowitz, Esq. (by telefax)
Leonard M. Rosenberg, Esq. (by telefax)