UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

           Plaintiff,

-against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

           Defendants.

-------------------------------------------------- x

**CERTIFICATE OF SERVICE**

Case No. 07 Civ. 7984 (SCR)

    JUSTIN M. VOGEL, an attorney admitted to practice before the United States District Court, Eastern District of New York, certifies that, on March 4, 2008, Defendants served their MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES, dated March 4, 2008, upon:

    Richard G. Menaker, Esq.
    MENAKER & HERRMANN, P.C.
    10 East 40th Street
    New York, New York 10016-0301

by electronic filing and by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper via overnight delivery under the exclusive care and custody of Federal Express within the State of New York.

Dated: March 4, 2008
       Great Neck, New York

                                    GARFUNKEL, WILD & TRAVIS, P.C.
                                    *Attorneys for Defendants.*

                                    By _____
                                        Justin M. Vogel (JV-5839)
                                      111 Great Neck Road
                                      Great Neck, New York 11021
                                      (516) 393-2200

848695v.1