UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER, : 07 Civ. 7984 (SCR)
M.D., and CARDIAC SURGERY GROUP, P.C., :
:
                     Plaintiffs, :
:
     -against- :
: **AFFIDAVIT OF SERVICE**
NEW YORK CARDIOTHORACIC GROUP, PLLC, :
STEVEN L. LANSMAN, M.D., DAVID :
SPIELVOGEL, M.D., WESTCHESTER COUNTY :
HEALTH CARE CORPORATION and :
WESTCHESTER MEDICAL CENTER :
:
                     Defendants. :
------------------------------------------------------------------X

      KAREN KIM, being over 18 years old, not a party to this action, and residing within the State of New York, certifies that on March 4, 2008, I served a copy of **PLAINTIFFS' DECLARATIONS and PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**, dated March 4, 2008, upon:

Jordy Rabinowitz, Esq.                Leonard M. Rosenberg, Esq.
Senior Associate General Counsel     Garfunkel, Wild & Travis, P.C.
Westchester Medical Center           111 Great Neck Road
Office of Legal Affairs                 Great Neck, NY 11021
Valhalla, NY 10595

by dispatching a true copy of same, securely enclosed in a properly addressed wrapper via overnight delivery under the exclusive care and custody of Federal Express within the State of New York. Mr. Rosenberg was also served via the ECF system.

Dated: March 4, 2009
       New York, New York                    MENAKER & HERRMANN LLP
                                                    *Attorneys for Plaintiffs*

                                                    By: _/s/ Karen Kim_____
                                                         Karen Kim
                                                 10 East 40th Street
                                                 New York, New York 10016
                                                 (212) 545-1900