Jordy Rabinowitz (JR-6558)
Westchester County Health Care Corporation
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

Leonard M. Rosenberg (LM-6910)
Justin M. Vogel (JV-5839)
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

     Plaintiffs,

 -against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

     Defendants.
-------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 7984 (SCR)

  PLEASE TAKE NOTICE that on behalf of Defendants New York Cardiothoracic Group, PLLC, Steven L. Lansman, M.D., David Spielvogel, M.D., Westchester County Health Care Corporation, and Westchester Medical Center, the undersigned attorney will appear as counsel of record, and all pleadings, papers and documents required to be served in this action upon the above Defendants should be served upon the undersigned.

831872v.1

Dated: Great Neck, New York
       March 7, 2008

                                    GARFUNKEL, WILD & TRAVIS, P.C.
                                    *Attorneys for Defendants*

                                    By: _____
                                          Justin Vogel (JV-5839)
                                    111 Great Neck Road
                                    Great Neck, New York 11021
                                    (516) 393-2200

To:    Richard G. Menaker, Esq.
        *Counsel for Plaintiffs*
        Menaker & Herrmann, P.C.
        10 East 40th Street
        New York, New York 10016
        (212) 545-1900

831872v.1