Jordy Rabinowitz (JR-6558)
Westchester County Health Care Corporation
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

Leonard M. Rosenberg (LM-6910)
Justin M. Vogel (JV-5839)
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

        Plaintiffs,

  -against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

        Defendants.

------------------------------------x

**CERTIFICATE OF SERVICE**

07 Civ. 7984 (SCR)

    JUSTIN M. VOGEL, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on March 7, 2008, Defendants served counsel listed below:

        Richard G. Menaker, Esq.
        *Counsel for Plaintiffs*
        Menaker & Herrmann, P.C.
        10 East 40th Street
        New York, New York 10016
        (212) 545-1900

831877v.1

with Defendants' Notice of Appearance by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of the United States Postal Service and by e-mail.

Dated: Great Neck, New York
      March 7, 2008

                              GARFUNKEL, WILD & TRAVIS, P.C.
                              *Attorneys for Defendants*

                              _____
                              Justin M. Vogel (JV-5839)
                              111 Great Neck Road
                              Great Neck, New York 11021
                              (516) 393-2200