Jordy Rabinowitz (JR-6558)
Westchester County Health Care Corporation
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

Leonard M. Rosenberg (LR-6910)
Justin M. Vogel (JV-5839)
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

        Plaintiffs,

-against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

        Defendants.

------------------------------------------------------------x

NOTICE OF APPEARANCE

07 Civ. 7984 (SCR)

      PLEASE TAKE NOTICE that on behalf of Defendants New York Cardiothoracic Group, PLLC, Steven L. Lansman, M.D., David Spielvogel, M.D., Westchester County Health Care Corporation, and Westchester Medical Center, the undersigned attorney will appear as counsel of record, and all pleadings, papers and documents required to be served in this action upon the above Defendants should be served upon the undersigned.

Dated: Valhalla, New York
       March 10, 2008

                                      WESTCHESTER COUNTY
                                      HEALTH CARE CORPORATION

                                      By: _____
                                          Jordy Rabinowitz (JR-6558)
                                          *Co-Counsel for Defendants*
                                      Office of Legal Affairs
                                      Executive Offices – Taylor Care Center
                                      Valhalla, New York 10595
                                      (914) 493-2101

852408v.1

TO:  Richard G. Menaker, Esq.
*Counsel for Plaintiffs*
MENAKER & HERRMANN, P.C.
10 East 40th Street
New York, New York 10016
(212) 545-1900

2

852408v.1