Jordy Rabinowitz (JR-6558)
Westchester County Health Care Corporation
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

Leonard M. Rosenberg (LR-6910)
Justin M. Vogel (JV-5839)
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

                  Plaintiffs,

    -against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

                  Defendants.

------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

07 Civ. 7984 (SCR)

       JORDY RABINOWITZ, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on March 12, 2008, Defendants served counsel listed below:

                Richard G. Menaker, Esq.
                MENAKER & HERRMANN, P.C.
                *Attorneys for Plaintiffs*
                10 East 40th Street
                New York, New York 10016

by electronically filing Defendants' Notice of Appearance.

852455v.1

Dated: Valhalla, New York
       March 10, 2008

                              WESTCHESTER COUNTY
                              HEALTH CARE CORPORATION

By: _____
      Jordy Rabinowitz (JR-6558)
      *Co-Counsel for Defendants*
Office of Legal Affairs
Executive Offices – Taylor Care Center
Valhalla, New York 10595
(914) 493-2101

2

852455v.1