

**WESTCHESTER
MEDICAL CENTER**

Jordy Rabinowitz
Senior Associate General Counsel

March 19, 2008

<u>**By Facsimile: 914-390-4179**</u>

Hon. Stephen C. Robinson
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Lafaro, et al. v. New York Cardiothoracic Group, PLLC., et al.
      07 Civ. 7984 (SCR)

Dear Judge Robinson:

I am counsel for defendants in the above matter. The purpose of this letter is to respectfully request an extension of the 10-page limit for reply memorandum of law provided for by Your Honor's individual rules.

Defendants have moved for judgment on the pleadings based on (i) immunities under the State Action Doctrine; (ii) immunities under the Local Government Antitrust Act; and (iii) issues surrounding antitrust standing. Plaintiffs' opposition memorandum of law is 37-pages, and raises four substantive arguments, each with several sub-arguments. Responding to this opposition will, again, require more than the 10-pages permitted. ***Defendants are asking that the page limit be extended to 20 pages.***

Please call me with any questions.

Respectfully submitted,

Jordy Rabinowitz (JR-6558)

cc:   Leonard M. Rosenberg, Esq.
      Richard Menaker, Esq.

**APPLICATION GRANTED**

Stephen C Robinson

HON. STEPHEN C ROBINSION
3/19/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Westchester Medical Center • Office of Legal Affairs • Valhalla, New York 10595 • 914.493.2101 • Fax 914.493.2321