# MENAKER & HERRMANN
A LIMITED LIABILITY PARTNERSHIP
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016-0301

RICHARD G. MENAKER
EXTENSION: 223
rmenaker@mhjur.com

TELEPHONE
(212) 545-1900

FACSIMILE
(212) 345-1656

WEBSITE
www.mhjur.com

March 19, 2008

<u>By Telefax</u> (914-390-4179) (1 page)

Hon. Stephen C. Robinson, U.S.D.J.
United States District Court
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    <u>Lafaro v. New York Cardiothoracic Group, PLLC</u>
            <u>Case No. 07 Civ. 7984 (SCR)</u>

Dear Judge Robinson:

    We have received a copy of Mr. Rabinowitz's letter to the Court of earlier today. Plaintiffs do not object to his request for an extension of the page limit on defendants' reply.

    Plaintiffs are currently preparing a reply in further support of their motion to dismiss certain affirmative defenses and would be grateful for a similar extension to that requested by defendants – i.e., to 20 pages.

    Thank you for your courtesy.

Respectfully yours,

*Richard G. Menaker*
Richard G. Menaker

cc:    Jordy Rabinowitz, Esq. (by telefax)
       Leonard M. Rosenberg, Esq. (by telefax)

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION

3/19/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____