UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER, M.D., and CARDIAC SURGERY GROUP, P.C.,

                Plaintiffs,

-against-

NEW YORK CARDIOTHORACIC GROUP, PLLC, STEVEN L. LANSMAN, M.D., DAVID SPIELVOGEL, M.D., WESTCHESTER COUNTY HEALTH CARE CORPORATION and WESTCHESTER MEDICAL CENTER

                Defendants.

------------------------------------------------------------------X

07 Civ. 7984 (SCR)

**CERTIFICATE OF SERVICE**

      KAREN KIM, being over 18 years old, not a party to this action, and residing within the State of New York, certifies that on March 25, 2008, I served a copy of **PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES**, dated March 25, 2008, upon:

Jordy Rabinowitz, Esq.
Senior Associate General Counsel
Westchester Medical Center
Office of Legal Affairs
Valhalla, NY 10595

Leonard M. Rosenberg, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021

by dispatching a true copy of same, securely enclosed in a properly addressed wrapper via overnight delivery under the exclusive care and custody of DHL within the State of New York. Mr. Rabinowitz and Mr. Rosenberg were also served via the ECF system.

Dated: March 25, 2008
       New York, New York

MENAKER & HERRMANN LLP
*Attorneys for Plaintiffs*

By: _____
      Karen Kim
10 East 40th Street
New York, New York 10016
(212) 545-1900