# GARFUNKEL, WILD & TRAVIS, P.C.
## ATTORNEYS AT LAW

111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
TEL (516) 393-2200
FAX (516) 466-5964

411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601
TEL (201) 883-1030
FAX (201) 883-1031

350 BEDFORD STREET
STAMFORD, CONNECTICUT 06901
TEL (203) 316-0483
FAX (203) 316-0493

www.gwtlaw.com

WRITER'S EMAIL: @gwtlaw.com
WRITER'S DIRECT DIAL:

March 25, 2008

**MEMO ENDORSED**

FILE NO.: 12118.0002
REPLY TO: New York

**By Facsimile**

The Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

  Re: *Rocco J. Lafaro, et al. v. New York Cardiothoracic Group, PLLC, et al.*
    Index No. 07 Civ. 7984 (SCR)

Dear Judge Robinson:

  Along with Jordy Rabinowitz, Esq., Senior Associate General Counsel for Westchester County Health Care Corporation, we are the attorneys for Defendants in the above-referenced action.

  I write to inform Your Honor that, pursuant to a phone conference with your Chambers this morning, counsel for Plaintiffs consented to Defendants' request for an extension of time to file their reply in further support of Defendants' Motion for Judgment on the Pleadings from April 1, 2008 to April 8, 2008.

  This letter is being sent to opposing counsel simultaneously by facsimile.

Time to reply is extended to 4/8/08

Respectfully submitted,
GARFUNKEL, WILD & TRAVIS, P.C.

Leonard M. Rosenberg (LR-6910)
Justin M. Vogel (JV-5839)

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON 3/25/08

862994v.1