UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROCCO J. LAFARO, M.D.,
ARLEN G. FLEISHER, M.D.,
and CARDIAC SURGERY GROUP, P.C.,

                Plaintiff,

    -against-

NEW YORK CARDIOTHORACIC
GROUP, PLLC, STEVEN L. LANSMAN, M.D.,
DAVID SPIELVOGEL, M.D., WESTCHESTER
COUNTY HEALTH CARE CORPORATION
and WESTCHESTER MEDICAL CENTER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

Case No. 07 Civ. 7984 (SCR)

    JUSTIN M. VOGEL, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on April 8, 2008, Defendants served their REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ("Reply Memorandum"), dated April 8, 2008, upon:

    Richard G. Menaker, Esq.
    MENAKER & HERRMANN, P.C.
    10 East 40th Street
    New York, New York 10016-0301

by electronic filing and by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper via overnight delivery under the exclusive care and custody of Federal Express within the State of New York. Due to an error in the Table of Authorities, the Reply Memorandum was re-filed with the Court, on April 10, 2008, by electronic filing. The Reply Memorandum, with the revised Table, was also forwarded to opposing counsel by overnight delivery on the same date.

Dated: Great Neck, New York
       April 10, 2008

                              GARFUNKEL, WILD & TRAVIS, P.C.
                              *Attorneys for Defendants.*

                              By _____
                                 Justin M. Vogel (JV-5839)
                              111 Great Neck Road
                              Great Neck, New York 11021
                              (516) 393-2200