UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROCCO J. LAFARO, M.D., ARLEN G. FLEISHER, M.D., and CARDIAC SURGERY GROUP, P.C.,

        Plaintiffs,

-against-

NEW YORK CARDIOTHORACIC GROUP, PLLC, STEVEN L. LANSMAN, M.D., DAVID SPIELVOGEL, M.D., WESTCHESTER COUNTY HEALTH CARE CORPORATION, and WESTCHESTER MEDICAL CENTER,

        Defendants.

------------------------------------------------------------X

07 Civ. 7984 (SCR)(LMS)

**STIPULATION AND ORDER OF DISMISSAL**

**WHEREAS**, the above-captioned action having been settled by plaintiffs and defendants,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for parties herein, that this action shall be and the same hereby is dismissed in its entirety with prejudice and without costs or fees to any party. This stipulation may be executed in counterparts with the signatures affixed thereto and transmitted via

facsimile or email, each of which shall be deemed an original but all of which together shall be one and the same instrument.

Dated: New York, New York
       December 21, 2009

| | |
|---|---|
| MENAKER & HERRMANN, LLP<br><br>By: _Richard G. Menaker RM-4716_<br>    Richard G. Menaker<br><br>Attorneys for Plaintiffs<br>10 East 40th Street<br>New York, New York 10016<br>(212)545-1900 | OFFICE OF LEGAL AFFAIRS<br>WESTCHESTER COUNTY HEALTH<br>CARE CORPORATION<br><br>By: _Jordy Rabinowitz_<br><br>Attorneys for Defendants<br>Taylor Care Center<br>Valhalla, New York 10595<br>(914)493-2101<br><br>GARFUNKEL, WILD & TRAVIS, P.C.<br>111 Great Neck Road, Suite 503<br>Great Neck, New York 11021<br>(516)393-2200 |

SO ORDERED:

_____
Hon. Stephen C. Robinson, U.S.D.J.